UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ERIC SISTRUNK,

                Plaintiff,

**ORDER**

-against-

24 Civ. 4054 (AKH)

DARRYL C. TOWNS, Chairperson
New York State Board of Parole,

                Defendant.

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The status conference previously scheduled for September 13, 2024, at 10:00 a.m. is adjourned *sine die*.

SO ORDERED.

Dated:   June 6, 2024
           New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge