UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIK SISTRUNK,

                      Petitioner,               24 **CIVIL** 4054 (AKH)

     -against-                             **JUDGMENT**

DARRYL C. TOWNS, Chairperson,
New York State Board of Parole,

                      Respondent.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated December 18, 2024, based on the foregoing, the Court has denied Sistrunk's petition for a writ of habeas corpus. Because Sistrunk has "not made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), the Court has declined to issue a Certificate of Appealability; accordingly, the case is closed.

**DATED:**  New York, New York
            December 19, 2024

                                                           **TAMMI M. HELLWIG**
                                                            **Clerk of Court**
                         **BY:**     *K. Mango*
                                                             **Deputy Clerk**